**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **ROBERT FLANNIGAN, JR., et al.** | **PLAINTIFFS** |
| VS.         3:02CV00404-WRW | |
| **STATE OF ARKANSAS, ARKANSAS GAME AND FISH COMMISSION; BUREAU OF LAND MANAGEMENT; DEPARTMENT OF THE INTERIOR, U.S. GOVERNMENT** | |
| **ROBERT TACKER AND DONNA TACKER AND CLYDE EASON** | **DEFENDANTS** |
| **LOTS 1 AND 4 OF SECTION 23 TOWNSHIP 25 NORTH, RANGE 6 EAST IN CRAIGHEAD COUNTY, ARKANSAS** | **DEFENDANT** |
| **BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, UNITED STATES** | **COUNTER-CLAIMANTS** |

## JUDGMENT

Consistent with the Order that was entered on September 29, 2004, the State of Arkansas, and the Arkansas Game and Fish Commission no longer have rightful title or interest in Lots 1 and 4, Section 23 Township 15 North, Range 6 East, Craighead County, Arkansas.

Consistent with the Order entered on March 24, 2006, because the State of Arkansas lost its property rights, title reverted to the United States of America in Lots 1 and 4, Section 23 Township 15 North, Range 6 East, Craighead County, Arkansas.

It is THEREFORE CONSIDERED and ADJUDGED that title is CONFIRMED AND QUIETED in the United States against Plaintiffs Robert Flannigan Jr., Cindy Flannigan, Mike Hook, and Karen Hook; and Defendants, State of Arkansas, and the Arkansas Game and Fish Commission, who are DIVESTED of any right to the above described property.

By stipulation, the Plaintiffs and Defendants, Robert Tacker, Donna Tacker and Clyde Eason agreed that the damages resulting from the breach of the warranty deed is twenty-two thousand, eight hundred dollars ($22,800.00), plus interest to begin from the date of any future ejectment.[1]

It is THEREFORE CONSIDERED AND ADJUDGED that Plaintiffs have judgment against Defendants, Robert Tacker, Donna Tacker and Clyde Eason, jointly and severally in the amount of $22,800.00, plus interest, as agreed in the stipulation. Costs and attorney's fees owed to Plaintiffs for breach of the warranty deed is reserved pending further Orders from the Court.

IT IS SO ORDERED this 30th day of March, 2006.

   /s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 69.